*Dabniy, Winfree, for appellees.*

---

### JOSEPH S. HIGDON *v.* MARTHA BECK, ETC.

**Executors and Administrators—Death of Claimant.**

Upon the death of one having a claim against a personal repre-
sentative, the claim of the decedent passes to the personal repre-
sentative of the deceased and should be asserted by the representa-
tive of the deceased.

**Descent and Distribution—Suit by Heirs.**

Heirs cannot bring suit immediately upon the death of their
ancestor for a claim due him, since such right can be exercised by
them only in case there is no administration of the estate.

APPEAL FROM EDMONSON CIRCUIT COURT.

September 29, 1873.

OPINION BY JUDGE LINDSAY:

It appears from the original petition that appellee, Martha I.
Beck is the daughter of Garrett and Parmelia Potter, and that
Martha Browne is their granddaughter. From the amended pe-
tition it appears that Garrett Potter, the father and grandfather,
was alive at the time the original petition was filed. Such being
the case, he was entitled, as surviving husband, to the entire per-
sonal estate of his deceased wife, Parmelia, and as heir at law of
the whole estate of his deceased son, Isaiah Potter. Hence when
this action was commenced, neither Martha I. Beck nor Martha

Browne had any claim against Higdon, the administrator of Parmelia and Isaiah Potter. Nor did the subsequent death of their ancestor, Garrett Potter, invest them with any such right.

His claim against Higdon passed to his personal representative, and should be asserted by such representative.

If there had been no administration upon his estate, the fault rests with his creditors and heirs at law. Such being the case, only the heirs can not immediately, upon his death, sue in their own name to recover debts due to him while alive.

Judgment reversed and cause remanded with instructions to dismiss appellee's original and amended petitions.

The judgment for damages rendered upon the dismissal of the appeal granted by the circuit court can not now be disturbed.

*R. Rodes,* for appellant.

*J. P. Bates,* for appellee.